

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00392-CV

Joyce Ann **SARRO,**
Appellants

v.

Michael A. **SARRO,**
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-03821
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The clerk's record was due on July 30, 2015. *See* TEX. R. APP. P. 35.1. On July 31, 2015, the Bexar County District Clerk explained that Appellant had not paid for the record until two days prior, and the district clerk requested additional time to file the clerk's record.

The district clerk's request is GRANTED IN PART. The clerk's record is due on August 21, 2015.

_____
Patricia O. Alvarez
, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court